## Commonwealth *v.* Edmonds, Appellant.

Argued December 7, 1973. *Mary Alice Duffy,* with her *Duffy and Duffy,* for appellant; *Mark Sendrow,* Assistant District Attorney, with him *David Richman,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS and SPAULDING, JJ., absent.

## Commonwealth *v.* Elliott, Appellant.

Submitted December 3, 1973. *Gilbert E. Toll,* for appellant; *James T. Ranney* and *David Richman,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.